IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YASHICA ROBINSON, M.D., et al., on behalf of themselves, their patients, physicians, clinic administrators, and staff, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:19cv365-MHT (WO) |
| STEVEN MARSHALL, in his official capacity as Alabama Attorney General, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

Upon agreement of the parties, it is ORDERED that:

(1) The joint motions to dismiss (doc. nos. 22, 23, 24, 28, & 43) are granted.

(2) Defendants Danny Carr, Daryl D. Bailey, Scott Harris, Mark H. LeQuire, Robert L. Broussard, Ashley Rich, and Hays Webb are dismissed without prejudice from this action, and are terminated as parties.

(3) Defendants Carr, Bailey, Harris, LeQuire, Broussard, Rich, and Webb and their employees, agents, and successors in office shall be bound by the terms of any injunctive (including but not limited to a temporary restraining order or preliminary injunction), declaratory, and/or other relief against the Alabama Attorney General and/or any of the other defendants by any court in this action so long as such relief remains in effect as to the Alabama Attorney General and/or any other defendant(s). However, defendants Carr, Bailey, Harris, LeQuire, Broussard, Rich, and Webb and their employees, agents, and successors shall not be liable for any award of attorneys' fees, costs, or other monetary damages that might be included as part of such relief. Nor shall defendants Carr, Bailey, Harris, LeQuire, Broussard, Rich, and Webb and their employees, agents, and successors be bound by any relief that subsequently is reversed, vacated, set aside, or

otherwise limited as to the Alabama Attorney General and/or any other defendant(s).

DONE, this the 7th day of June, 2019.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE