UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

YASHICA ROBINSON, M.D., et al.,

        Plaintiffs,

v.

STEVEN MARSHALL, in his official capacity as Alabama Attorney General,

        Defendant.

Case No.: 2:19-cv-365-MHT-SMD

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(b) of the Local Civil Rules of the United States District Court for the Middle District of Alabama, Randall C. Marshall, a member of this Court, moves this Court for his co-counsel, Susan Lambiase, 123 William Street, New York, NY 10038, 212-261-4750, susan.lambiase@ppfa.org, to appear in this case *pro hac vice* on behalf of the Plaintiffs in the above-captioned case. In support, Mr. Marshall states as follows:

1. Susan Lambiase is not admitted to practice in the U.S. District Court for the Middle District of Alabama. Ms. Lambiase has regularly practiced law in New York. She is a member in good standing of the New York bar. She is also a member in good standing of the United States District Courts for the: Southern District of New York, Eastern District of New York, Eastern District of Pennsylvania, and Eastern District of Michigan; and the United States Courts of Appeals for the: First, Second, Third, and Tenth Circuits.

2. Mr. Marshall is an attorney with the ACLU of Alabama Foundation, Inc., P.O. Box 6179, Montgomery, Alabama 36106, 334-420-1741, rmarshall@aclualabama.org, and is admitted

to practice before the Supreme Court of Alabama and the United States District Court for the Northern, Middle, and Southern Districts of Alabama.

3. In accordance with the local rules of this Court, Ms. Lambiase has made payment of this Court's $75 admission fee.

4. Ms. Lambiase agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this Court in connection with her *pro hac vice* representation in this case.

WHEREFORE, Randall C. Marshall moves this Court to enter the attached Order for Susan Lambiase to appear before this Court on behalf of all Plaintiffs in this case.

Date: July 8, 2019

                                                Respectfully submitted,

                                                /s Randall C. Marshall

                                                Randall C. Marshall
                                                ASB-3023-A56M
                                                ACLU OF ALABAMA
                                                P.O. Box 6179
                                                Montgomery, AL 36106-0179
                                                (334) 420-1741
                                                rmarshall@aclualabama.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of July 2019, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Middle District of Alabama using the CM/ECF system thereby serving all counsel of record.

      /s Randall C. Marshall

      Randall C. Marshall
      ASB-3023-A56M
      ACLU OF ALABAMA
      P.O. Box 6179
      Montgomery, AL 36106-0179
      (334) 420-1741
      rmarshall@aclualabama.org