IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YASHICA ROBINSON, M.D., et al., on behalf of themselves, their patients, physicians, clinic administrators, and staff,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVEN MARSHALL, in his official capacity as Alabama Attorney General,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:19cv365-MHT<br>(WO) |

**ORDER**

Based on the representations made on the record on July 15, 2019, it is ORDERED that, on or before August 5, 2019, the defendant is to file a response to the plaintiffs' motion for preliminary injunction (doc. no. 50).

DONE, this the 16th day of July, 2019.

                                  /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**