IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


YASHICA ROBINSON, M.D.,      )
et al., on behalf of         )
themselves, their            )
patients, physicians,        )
clinic administrators,       )
and staff,                   )
                             )
        Plaintiffs,          )
                             )      CIVIL ACTION NO.
        v.                   )      2:19cv365-MHT
                             )           (WO)
STEVEN MARSHALL, in his      )
official capacity as         )
Alabama Attorney General,    )
                             )
        Defendant.           )

PRELIMINARY INJUNCTION

In accordance with the opinion entered today, it is

ORDERED as follows:

(1) Plaintiffs Dr. Yashica Robinson, M.D., Alabama

Women's Center, Planned Parenthood Southeast, Inc.,

Reproductive Health Services, and West Alabama Women's

Center's motion for a preliminary injunction (doc. no.

50) is granted to the extent set out below.

(2) Defendant Steven Marshall, in his official

capacity as Alabama Attorney General, and all those acting in concert with him are ENJOINED and RESTRAINED from:

(a) enforcing Alabama Act No. 2019-189 as applied to pre-viability abortion, and

(b) failing to give immediate notice of this preliminary injunction to all state and local officials who are responsible for enforcing the requirements of Alabama Act No. 2019-189.

(3) This preliminary injunction shall remain in effect until this court resolves the case in full.

It is further ORDERED that the bond requirement of Fed. R. Civ. P. 65(c) is waived.

DONE, this the 29th day of October, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE