IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YASHICA ROBINSON, M.D., et al., on behalf of themselves, their patients, physicians, clinic administrators, and staff, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:19cv365-MHT (WO) |
| STEVEN MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE A SUPPLEMENTAL COMPLAINT**

Plaintiffs Yashica Robinson, M.D., Alabama Women's Center, Reproductive Health Services, and West Alabama Women's Center have moved to file a supplemental complaint pursuant to Federal Rule of Civil Procedure 15(d). Based upon consideration of the motion and the representations made on the record during the conference call today, the court finds that, on the current record, the proposed supplementation is

appropriate because it is based on a "transaction, occurrence, or event that happened after the date of the pleading to be supplemented," Fed. R. Civ. P. 15(d); has "some relation" to what is sought to be supplemented, *Rowe v. U.S. Fid. & Guar. Co.*, 421 F.2d 937, 943 (4th Cir. 1970); would not prejudice the defendants; and would promote "the efficient administration of justice," *U.S. ex rel. Gadbois v. PharMerica Corp.*, 809 F.3d 1, 7 (1st Cir. 2015). *See also* 6A Wright & Miller, Fed. Prac. & Proc. Civ. § 1504 (3d ed.).

However, as the defendants have not had a sufficient opportunity to respond to the motion, the court will allow them to file objections to this order, and will give the supplementation motion full reconsideration upon receipt of the briefing.

***

Accordingly, it is ORDERED that:

(1) The plaintiffs' motion for leave to file a supplemental complaint (doc. no. 72) is granted.

(2) The plaintiffs shall file their proposed supplemental complaint, labelled as a "first amended complaint," by 5:00 p.m. (central standard time) today.

(3) The defendants may file objections to this order by 5 p.m. (central standard time) on April 1, 2020. The plaintiffs may file a response to the objections by 5:00 p.m. (central standard time) on April 3, 2020.

DONE, this the 30th day of March, 2020.

                                    /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE