IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **YASHICA ROBINSON,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NO. 2:19-cv-00365-MHT-JTA** |
| ) | |
| **STEVEN MARSHALL, in his** ) | |
| **official capacity as Attorney General of** ) | |
| **the State of Alabama,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

**MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**

Defendants Steve Marshall, sued in his official capacity as Alabama Attorney General, and Dr. Scott Harris, sued in his official capacity as State Health Officer, hereby move the Court to dissolve the Temporary Restraining Order entered on March 30, 2020 (doc. 83). In support of this motion, Defendants rely on an Evidentiary Submission and a consolidated Brief in Support of Defendants' Motion to Dissolve Temporary Restraining Order and in Opposition to Plaintiffs' Motion for a Preliminary Injunction, both of which will be separately filed.

        Respectfully submitted,

        Steve Marshall,
         *Attorney General*

        Edmund G. LaCour Jr. (ASB-9182-U81L)
         *Solicitor General*
        A. Barrett Bowdre (ASB-2087-K29V)
         *Deputy Solicitor General*

        /s Brad A. Chynoweth
        James W. Davis (ASB-4063-I58J)
        Brad A. Chynoweth (ASB-0030-S63K)
        Brenton M. Smith (ASB-1656-X27Q)
         *Assistant Attorneys General*

OFFICE OF ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Brad.Chynoweth@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for Defendants Steve Marshall and State Health Officer Scott Harris*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/* Brad A. Chynoweth
Counsel for Defendants Steve
Marshall and State Health Officer
Harris
