IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
YASHICA ROBINSON, M.D.,      )
et al., on behalf of         )
themselves, their            )
patients, physicians,        )
clinic administrators,       )
and staff,                   )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:19cv365-MHT
                             )
STEVEN MARSHALL, in his      )
official capacity as         )
Alabama Attorney General,    )
et al.,                      )
                             )
     Defendants.             )
```

ORDER

It is ORDERED that that parties be prepared to discuss the following issues on the call tomorrow:

(1) Whether, in light of the defendants' concerns regarding Alabama's health-care resources and the spread of COVID-19, the court should terminate the temporary restraining order completely; or, if not,

whether the court should narrow the temporary restraining order to permit only certain abortions. In particular, parties should prepare to address:

    (a) The argument that some women will be legally prohibited from seeking an abortion if they cannot receive one before April 17, 2020, *see* Ala. Code § 26-23B-5, and its relevance to the court's decision;

    (b) The argument that a multi-week delay may, for certain women, increase the risk of complications or other issues, in turn potentially requiring additional personal protective equipment (PPE) and health-care resources, and whether this is relevant to the court's decision; and

    (c) The amounts of PPE and in-person contact between providers and patients required at plaintiffs' clinics for a medication abortion and for a procedural/surgical abortion, and whether these amounts are relevant to the court's decision.

    (2) Whether the legality of the State Health Order is governed solely by limits on the State's broad

emergency powers, by the substantive-due-process analysis typically applied in the abortion context, or by some combination thereof, including as relates to women who would be legally prohibited from seeking an abortion if they cannot receive it before April 17, 2020.

(3) Whether, if the court were to terminate the temporary restraining order, the forthcoming hearing regarding the preliminary injunction would still be necessary.

(4) Whether the notice of appeal (doc. no. 94) divests this court of jurisdiction with regard to the temporary restraining order.

DONE, this the 2nd day of April, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE