IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YASHICA ROBINSON, M.D., et al., on behalf of themselves, their patients, physicians, clinic administrators, and staff, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:19cv365-MHT (WO) |
| STEVEN MARSHALL, in his official capacity as Alabama Attorney General, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

On March 27, 2020, the State Health Officer published an order mandating the postponement of a wide range of medical procedures, with certain exceptions, until at least April 17. On April 3, the court entered an order clarifying the applicability of these exceptions. Also on April 3, the State Health Officer issued a new order that extended the relevant restrictions until April 30. The plaintiffs then filed

an emergency motion for clarification (doc. no. 112), asking, in effect, whether the court's ruling applied to the updated end date of the mandatory postponements, April 30.

The court, having been orally informed by counsel for the defendants that they do not oppose the following, ORDERS that, to the extent that any provider could lawfully have considered the April 17 expiration date from the March 27 order, that provider can instead consider the new expiration date of April 30, 2020. Accordingly, plaintiffs' motion for clarification is granted to that extent.

DONE, this the 3rd day of April, 2020.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**