IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **YASHICA ROBINSON,** *et al.*   ) | |
| ) | |
|    **Plaintiffs,**   ) | |
| ) | |
| v.   ) | CASE NO. 2:19-cv-00365-MHT-JTA |
| ) | |
| **STEVEN MARSHALL, in his**   ) | |
| **official capacity as Attorney General of**   ) | |
| **the State of Alabama,** *et al.,*   ) | |
| ) | |
|    **Defendants.**   ) | |

**NOTICE OF APPEAL OF PRELIMINARY INJUNCTION (Docs. 137 and 138)
OF DEFENDANTS ATTORNEY GENERAL STEVE MARSHALL AND
STATE HEALTH OFFICER DR. SCOTT HARRIS**

    Notice is hereby given that Steve Marshall, sued in his official capacity as Alabama Attorney General, and Dr. Scott Harris, sued in his official capacity as State Health Officer, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from a Preliminary Injunction entered in this action on April 12, 2020 (docs. 137-138).

    Respectfully submitted,

    Steve Marshall,
     *Attorney General*

    Edmund G. LaCour Jr. (ASB-9182-U81L)
     *Solicitor General*
    A. Barrett Bowdre (ASB-2087-K29V)
     *Deputy Solicitor General*

    /s James W. Davis
    James W. Davis (ASB-4063-I58J)
    Brad A. Chynoweth (ASB-0030-S63K)
    Brenton M. Smith (ASB-1656-X27Q)
     *Assistant Attorneys General*

OFFICE OF ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Brad.Chynoweth@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for Defendants Steve Marshall and State Health Officer Scott Harris*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/* James W. Davis
Counsel for Defendants Steve
Marshall and State Health Officer
Scott Harris