Instructions for Attorneys completing the electronic version of the
Transcript Information Form for Appeals

An electronic version of the Transcript Order Information Form is available on the Middle
District of Alabama website.  The following instructions and guidance are provided.

First            Access the fillable Transcript Order Information Form from the 11th Circuit Court of
                 Appeals website by pasting the following information in your internet browser:
                 http://www.ca11.uscourts.gov/forms-information


Second           Complete the form electronically using Adobe Acrobat or other PDF editor.  The
                 form should be signed using the *s/ name* convention for electronic signatures.

Third            Save the completed form as a PDF document (using the full version of Adobe
                 Acrobat, PDF 995, etc.) or "print" the completed form to a PDF file (using
                 programs which only have PDF print capabilities).

Fourth           File the form electronically with the district court using the CM/ECF system.
                 From the main CM/ECF menu select:

                         **Civil or Criminal Events; Appeal Documents; Transcript Information
                         Form**.

Fifth            After the transcript information form is e-filed use the notice of electronic filing
                 to access the PDF image of the form and print it for the following step.  This
                 version of the document contains the case number, filing date, and document
                 number information in a header along the top if you have that feature enabled.

Sixth            Mail the printed form to the Eleventh Circuit Court of Appeals; 56 Forsyth St,
                 NW; Atlanta, GA 30303.

Seventh          Your transcript information form will be emailed to the court reporter when the
                 form is e-filed with the court.  Please follow the prompts during the event.
                 If you are requesting a transcript(s), you must also mail a copy of the printed form
                 to the appropriate court reporter(s).


                 **Note:  For your convenience we have attached a blank transcript information
                 form, which you may print, complete, and scan for filing should you have any
                 difficulty accessing the fillable form on the 11th Circuit website.