# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

## April 13, 2020

**DEBRA P. HACKETT**
   CLERK

**MAILING ADDRESS:**
One Church Street, Suite B-110
MONTGOMERY, AL 36104
(334)954-3610

---

David J. Smith, Clerk
United States Court of Appeals for the 11th Circuit
ELBERT PARR TUTTLE COURT OF APPEALS BU1LDNG
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Re:**  District Court No. 2:19-cv-365-MHT-JTA
Yashica Robinson et al v. Steven Marshall, et al
Court of Appeals No.

Enclosed are documents regarding an appeal in this matter.

- ☐ Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.
- ☒ First Notice of Appeal:   Yes ☐   No ☒   Other notices (dates): **April 2, 2020, Doc. [94]**
- ☐ Other:
- ☒ The Judge or Magistrate Judge appealed from is:   **JUDGE MYRON H. THOMPSON**
- ☐ The Court Reporter (s) are:
- ☐ A hearing was not held in the case.
- ☒ An **audio tape** is available for transcription of the court hearing
- ☒ The appellant DOCKET FEE has been paid:  Yes ☐  No ☒  Date paid:
- ☐ Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.
- ☐ Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
- ☐ Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
- ☐ Copy of CJA form / order appointing counsel.
- ☐ Certified record on appeal consisting of :  __ Volume(s) of pleadings;  __ PSI (s);  __ Volume(s) of transcript;  __ Folder(s) of exhibits/depositions;  __ Supplemental file(s)
- ☐ ORIGINAL PAPERS: __ Volume(s) of pleadings;  __ Volume(s) of transcript;  __ folder of exhibits
- ☐ This is an appeal of a bankruptcy order.  Bankruptcy Judge _____
- ☐ This is a DEATH PENALTY appeal.

Very truly yours,

Donna M. Norfleet
Deputy Clerk