IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YASHICA ROBINSON, M.D., et al., on behalf of themselves, their patients, physicians, clinic administrators, and staff,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVEN MARSHALL, in his official capacity as Alabama Attorney General, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    2:19cv365-MHT<br>)       (WO)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

It is ORDERED that the defendants' motion to dissolve the temporary restraining order (doc. no. 87) is denied as moot.

DONE, this the 15th day of April, 2020.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE