UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

YASHICA ROBINSON, M.D., et al.,

        Plaintiffs,

v.

STEVEN MARSHALL, in his official capacity as Alabama Attorney General, et al.,

        Defendants.

Case No.: 2:19-cv-365-MHT

## JOINT MOTION TO DISMISS DEFENDANTS BROUSSARD, BAILEY, CARR, LeQUIRE, RICH, WALBURN, AND WEBB

On March 30, 2020, Plaintiffs filed an Emergency Motion to File a Supplemental Complaint. Doc. 72. The Court initially granted the motion but allowed Defendants to file objections. Doc. 78. After considering the Attorney General's and the State Health Officer's objections (Doc. 86), the Court overruled the objections. Doc. 145. Defendants Broussard, Bailey, Carr, LeQuire, Rich, Walburn, and Webb have not participated in the action to date, instead relying on their earlier dismissals. *See* Doc. 44 and Doc. 49. These parties agree that their participation is not necessary and thus file this joint motion for dismissal.

In support of this motion, the parties state as follows:

1. Plaintiffs contend that Defendants Broussard, Bailey, Carr, LeQuire, Rich, Walburn, and Webb are proper defendants in this action. However, in an effort to streamline this action, Plaintiffs agree to dismiss these defendants without prejudice from the action on the following conditions.

2. Defendants Broussard, Bailey, Carr, LeQuire, Rich, Walburn, Webb, and their

employees, agents, and successors in office agree to be bound by the terms of any injunctive (including but not limited to a temporary restraining order or preliminary injunction), declaratory, and/or other relief issued against the Attorney General and/or any other Defendants in this action so long as such relief remains in effect as to the Alabama Attorney General and/or any other defendant(s). However, Defendants Broussard, Bailey, Carr, LeQuire, Rich, Walburn, and Webb shall not be liable for any award of attorneys' fees, costs, or other monetary damages that might be included as part of such relief.

3. It is further understood and agreed that Defendants Broussard, Bailey, Carr, LeQuire, Rich, Walburn, Webb, and their employees, agents, and successors in office shall only be bound by injunctive, declaratory, and / or other relief falling within the preceding paragraph to the extent such relief remains binding against the Attorney General and/or any other Defendants in this action. Broussard, Bailey, Carr, LeQuire, Rich, Walburn, Webb, and their employees, agents, and successors in office shall not be bound by any relief as to the Attorney General and/or any other Defendants that subsequently is reversed, vacated, set aside, or otherwise limited. However, it is understood and agreed that Broussard, Bailey, Carr, LeQuire, Rich, Walburn, Webb, and their employees, agents, and successors in office in office will take no enforcement action against any Plaintiff premised on anything that occurred while such relief was in effect.

4. The Court's prior orders, Doc. 44 and Doc. 49, shall remain in effect.

5. Pursuant to this Court's General Order and the Civil and Criminal Administrative Procedures regarding Electronic Case Filing, it is hereby certified that all signing parties have agreed to the electronic filing of this document by one party with electronic signatures of counsel for Plaintiffs and for Bailey.

Respectfully submitted,

/s Randall C. Marshall

Randall C. Marshall
ASB-3023-A56M
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
 (334) 420-1741
rmarshall@aclualabama.org


s/Robert D. Segall
Robert D. Segall (SEG003)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, AL  36101-0347
Phone: (334) 834-1180
Fax:  (334) 834-3172
Email: segall@copelandfranco.com
*Attorney for Daryl Bailey and Danny Carr*


/s/  E. Wilson Hunter
E. Wilson Hunter (6129-E40H)
ALABAMA BOARD OF MEDICAL EXAMINERS
Post Office Box 946
Montgomery, Alabama 36101-0946
(334) 242-4116 – telephone
(334) 242-4155 – fax
whunter@albme.org
*Counsel for Defendant Mark H. LeQuire, M.D.*


/s/ Wallace D. Mills
Wallace D. Mills (MIL 090)
Attorney for James H. Walburn, M.D.

OF COUNSEL:
COPELAND FRANCO SCREWS &GILL,PA
P.O. Box 347
444 South Perry St.
Montgomery, AL 36101-0347

(334) 834-1180
mills@copelandfranco.com

s/ Brad A. Chynoweth

James W. Davis (ASB-4063-I58J)

Brad A. Chynoweth (ASB-0030-S63K)
 *Assistant Attorneys General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300

Jim.Davis@AlabamaAG.gov
Brad.Chynoweth@AlabamaAG.gov

*Counsel for Attorney General Steve Marshall, Robert L. Broussard, Ashley M. Rich,  Robert Hay Webb, and State Health Officer Scott Harris*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April 2020, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Middle District of Alabama  using the CM/ECF system thereby serving all counsel of record.


/s Randall C. Marshall