IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
YASHICA ROBINSON, M.D.,      )
et al., on behalf of         )
themselves, their            )
patients, physicians,        )
clinic administrators,       )
and staff,                   )
                             )
     Plaintiffs,             )
                             )     CIVIL ACTION NO.
     v.                      )      2:19cv365-MHT
                             )          (WO)
STEVEN MARSHALL, in his      )
official capacity as         )
Alabama Attorney General,    )
et al.,                      )
                             )
     Defendants.             )
```

ORDER

As far as the court can tell from the current record, the state health order promulgated on April 3, 2020, expired on April 30, 2020. Accordingly, it is ORDERED that, on or before noon on May 5, 2020, the parties are to file a joint report, setting forth either their joint or separate positions, on the current status of the plaintiffs' challenge to the

"medical restrictions" in the April 3 state health order.

DONE, this the 1st day of May, 2020.

                                                /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**