IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-11401-W

_____

YASHICA ROBINSON,
M.D., on behalf of themselves, their patients,
physicians, clinic administrators, and staff,
ALABAMA WOMEN'S CENTER,
on behalf of themselves, their patients, physicians,
clinic administrators, and staff,
REPRODUCTIVE HEALTH SERVICES,
on behalf of themselves, their patients, physicians,
clinic administrators, and staff,
WEST ALABAMA WOMEN'S CENTER,
on behalf of themselves, their patients, physicians,
clinic administrators, and staff,

                             Plaintiffs - Appellees,

PLANNED PARENTHOOD SOUTHEAST INC.,
on behalf of themselves, their patients, physicians,
clinic administrators, and staff,

                             Plaintiff,

versus

ATTORNEY GENERAL, STATE OF ALABAMA,
SCOTT HARRIS,
M.D., in his official capacity as the State Health
Officer at the Alabama State Department of
Public Health,

                             Defendants - Appellants,

ROBERT L. BROUSSARD,
in his official capacity as District Attorney
for Madison County, et al.,

                             Defendants.

_____

On Appeal from the United States
District Court for the Middle District of Alabama

_____

BEFORE:   JORDAN, TJOFLAT, and HULL, Circuit Judges.

BY THE COURT:

The parties' "Joint Motion to Voluntarily Dismiss Appeal" is GRANTED. This appeal is DISMISSED.

The parties' request to transfer consideration of attorney's fees on appeal to the district court is GRANTED. *See* 11th Cir. R. 39-2(d).

The Clerk's Office is directed to close this matter.