IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
YASHICA ROBINSON, M.D.,      )
et al., on behalf of         )
themselves, their            )
patients, physicians,        )
clinic administrators,       )
and staff,                   )
                             )
     Plaintiffs,             )
                             )     CIVIL ACTION NO.
     v.                      )       2:19cv365-MHT
                             )           (WO)
STEVEN MARSHALL, in his      )
official capacity as         )
Alabama Attorney General,    )
et al.,                      )
                             )
     Defendants.             )
```

ORDER

Based on the parties' joint status report (doc. no. 159), it is ORDERED as follows:

(1) All deadlines in this case with regard to the plaintiffs' challenge to the "medical restrictions" in the March 27 and April 3 orders are postponed until the parties file another joint status report.  With regard to this challenge, the court will not take any further

action until after May 16, 2020.

(2) The parties are to file another joint status report by no later than 5:00 p.m. on May 16, 2020.

DONE, this the 6th day of May, 2020.

                                       /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**