IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

YASHICA ROBINSON, M.D.,      )
et al., on behalf of         )
themselves, their            )
patients, physicians,        )
clinic administrators,       )
and staff,                   )
                             )
     Plaintiffs,             )
                             )        CIVIL ACTION NO.
     v.                      )          2:19cv365-MHT
                             )             (WO)
STEVEN MARSHALL, in his      )
official capacity as         )
Alabama Attorney General,    )
et al.,                      )
                             )
     Defendants.             )

ORDER

Pursuant to the parties' joint status report (doc. no. 163), it is ORDERED that the preliminary injunction, entered on April 12, 2020 (doc. no. 138), is dissolved as moot.

DONE, this the 18th day of May, 2020.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE