IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YASHICA ROBINSON, M.D., ) <br> et al., on behalf of ) <br> themselves, their ) <br> patients, physicians, ) <br> clinic administrators, ) <br> and staff, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> STEVEN MARSHALL, in his ) <br> official capacity as ) <br> Alabama Attorney General, ) <br> et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:19cv365-MHT <br> (WO) |

**JUDGMENT**

Pursuant to the parties' stipulation of partial dismissal (doc. no. 166), it is the ORDER, JUDGMENT, and DECREE of the court that the following portions of the first amended complaint (doc. no. 79), concerning the 'medical restrictions' language in the now-expired April 3, 2020, public health order, are dismissed without prejudice: (1) the portions of Count I that

concern the medical restrictions language in the now-expired April 3 order, *see id.* ¶ 129; and (2) the entirety of Count II, *see id.* ¶¶ 130-31.

DONE, this the 22nd day of May, 2020.

          /s/ Myron H. Thompson
          **UNITED STATES DISTRICT JUDGE**