IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YASHICA ROBINSON, M.D., et al., on behalf of themselves, their patients, physicians, clinic administrators, and staff, )<br><br>Plaintiffs, )<br><br>v. )<br><br>STEVEN MARSHALL, in his official capacity as Alabama Attorney General, et al., )<br><br>Defendants. ) | CIVIL ACTION NO.<br>2:19cv365-MHT<br>(WO) |

ORDER

In light of the parties' stipulation of partial dismissal (doc. no. 166) and the court's subsequent judgment (doc. no. 167), it is ORDERED that the partial motion to dismiss (doc. no. 156) is denied as moot.

DONE, this the 22nd day of May, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**