IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YASHICA ROBINSON, M.D.,<br>et al., on behalf of<br>themselves, their<br>patients, physicians,<br>clinic administrators,<br>and staff,<br><br>      Plaintiffs,<br><br>      v.<br><br>STEVEN MARSHALL, in his<br>official capacity as<br>Alabama Attorney General,<br>et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:19cv365-MHT<br>(WO) |

ORDER

Upon agreement of the parties, it is ORDERED that:

(1) The joint motion to dismiss (doc. no. 174) is granted.

(2) Defendant Scott Harris is dismissed without prejudice from this action and is terminated as a party.

(3) Defendant Harris and his employees, agents, and successors in office shall be bound by the terms of any

injunctive relief (including but not limited to a temporary restraining order or preliminary injunction), declaratory relief, and/or other relief against the Alabama Attorney General and/or any of the other defendant(s) by any court in this action so long as such relief remains in effect as to the Alabama Attorney General and/or any other defendant(s). However, defendant Harris and his employees, agents, and successors shall not be liable for any award of attorneys' fees, costs, or other monetary damages that might be included as part of such relief. Nor shall defendant Harris and his employees, agents, and successors be bound by any relief that subsequently is reversed, vacated, set aside, or otherwise limited as to the Alabama Attorney General and/or any other defendant(s). However, defendant Harris and his employees, agents, and successors in office shall take no enforcement action against any plaintiff premised on events that occurred while such relief was in effect.

2

    (4) The court's prior orders (doc. nos. 44, 49, and 154) shall remain in effect.

    DONE, this the 8th day of June, 2020.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE