IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
YASHICA ROBINSON, M.D.,      )
et al., on behalf of         )
themselves, their            )
patients, physicians,        )
clinic administrators,       )
and staff,                   )
                             )
     Plaintiffs,             )
                             )   CIVIL ACTION NO.
     v.                      )     2:19cv365-MHT
                             )        (WO)
STEVEN MARSHALL, in his      )
official capacity as         )
Alabama Attorney General,    )
et al.,                      )
                             )
     Defendants.             )
```

ORDER

Upon consideration of the parties' joint motion for an order concerning costs and attorneys' fees (doc. no. 183), it is ORDERED that the motion is granted as follows:

1. Plaintiffs Yashica Robinson, M.D., Alabama Women's Center, Reproductive Health Services, and West Alabama Women's Center have asserted claims for costs and attorneys' fees.

2. The court finds that plaintiffs are "prevailing parties" under 42 U.S.C. § 1988.

3. Plaintiffs, defendants, and their counsel represent that the parties have negotiated an agreement to resolve all claims for costs and attorneys' fees.

4. In accordance with the parties' negotiated resolution, the court orders that the State of Alabama shall pay to the benefit of counsel for plaintiffs the sum of $ 451,351.60 (four hundred fifty-one thousand three hundred fifty-one and 60/100 dollars) in satisfaction of all claims for costs and attorneys' fees in this matter related to those claims in the First Amended Complaint concerning the State's health orders during the COVID-19 pandemic.

5. Such payments will satisfy all claims for attorneys' fees and costs, taxable and non-taxable, with respect to those claims concerning the State's health orders during the COVID-19 pandemic. Payment

shall be made within forty-five (45) days of the entry of this order.

It is further ORDERED that plaintiffs' initial motion for attorneys' fees and costs (doc. no. 177) is denied as moot.

DONE, this the 12th day of August, 2020.

                                  /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**