IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YASHICA ROBINSON, M.D., ) <br> et al., on behalf of ) <br> themselves, their ) <br> patients, physicians, ) <br> clinic administrators, ) <br> and staff, ) <br>   ) <br>         Plaintiffs, ) <br>   ) <br>     v. ) <br>   ) <br>   ) <br> STEVEN MARSHALL, in his ) <br> official capacity as ) <br> Alabama Attorney General, ) <br> et al., ) <br>   ) <br>         Defendants. ) | CIVIL ACTION NO. <br> 2:19cv365-MHT <br> (WO) |

ORDER

In light of the decision of the Supreme Court in *Dobbs v. Jackson Women's Health Organization*, ___ S. Ct. ___, 2022 WL 2276808 (June 24, 2022), overruling *Roe v. Wade*, 410 U.S. 113 (1973), and *Planned Parenthood of Southeastern Pa. v. Casey*, 505 U.S. 833 (1992), and based on the representations made on the record today by counsel for the plaintiffs that, as a result of the Court's decision in *Jackson Women's Health Organization,* the legal underpinning for the

October 29, 2019, preliminary injunction (Doc. 69), *Robinson v. Marshall*, 415 F. Supp. 3d 1053 (M.D. Ala. 2019), no longer exists, it is ORDERED as follows:

(1) The defendants' emergency motion to dissolve the preliminary injunction (Doc. 190), which is unopposed, is granted; and

(2) The October 29, 2019, preliminary injunction (Doc. 69) is dissolved.

DONE, this the 24th day of June, 2022.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE