**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **YASHICA ROBINSON, M.D.,** *et al.,* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CASE NO. 2:19-cv-365-MHT-JTA** |
| | ) |
| **STEVEN MARSHALL, in his official** | ) |
| **capacity as Alabama Attorney General,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiffs Yashica Robinson, M.D., Alabama Women's Center, Planned Parenthood Southeast Inc., Reproductive Health Services, and West Alabama Women's Center and Defendant Attorney General Steven Marshall ("Parties") stipulate to the following:

1.      On May 24, 2019, Plaintiffs challenged House Bill 314 (hereinafter "H.B. 314" or "the Act"), raising a single claim under the U.S. Supreme Court's decisions in *Roe v. Wade*, 410 U.S. 113 (1973), and *Planned Parenthood of Southeastern Pennsylvania v. Casey*, 505 U.S. 833 (1992), that: "By prohibiting an individual from making the ultimate decision whether to terminate a pregnancy prior to viability, [the Act] violates the rights to liberty and privacy secured to Plaintiffs' patients by the Due Process Clause of the Fourteenth Amendment to the United States Constitution." Doc. 1 ¶66.

2.      On June 21, 2019, Plaintiffs sought a Preliminary Injunction against the Ban as applied to previability abortions on the grounds that it violated the Due Process Clause of the Fourteenth Amendment and the Supreme Court's decisions in *Roe* and *Casey*. Docs. Nos. 50-51.

3.      On October 29, 2019, this Court preliminarily enjoined the Attorney General from enforcing H.B. 314 as applied to pre-viability abortion on the grounds that it "contravenes clear Supreme Court precedent," "violates the right of an individual to privacy, to make 'choices central to personal dignity and autonomy,'" "diminishes the capacity of women to act in society, and to make reproductive decisions," and "defies the United States Constitution." Doc. 68, 16–17 (quoting *Casey*, 505 U.S. at 851, 860); *see also* Doc. 69.

4.      On June 24, 2022, the U.S. Supreme Court reversed *Roe* and *Casey*. *Dobbs v. Jackson Women's Health Organization*, ___ S.Ct. ___, 2022 WL 2276808 (June 24, 2022). In light of that overruling, that same day, this Court granted Defendant's unopposed emergency motion to dissolve the preliminary injunction (doc. 190). Doc. 193.

5.      The Parties hereby stipulate that, in light of the Supreme Court's ruling in *Dobbs*, the federal precedent underpinning Plaintiffs' sole claim for relief against H.B. 314 has been overruled, and the above-captioned action should be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: June 30, 2022

Respectfully submitted,

s/Alexa Kolbi-Molinas
Alexa Kolbi-Molinas*
New York State Bar No. 4477519
Meagan Burrows*
New York State Bar No. 5341904
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
akolbi-molinas@aclu.org
mburrows@aclu.org
(212) 549-2633

**Attorneys for Plaintiffs Yashica
Robinson, M.D., Alabama Women's
Center, Reproductive Health Services,
and West Alabama Women's Center**

Susan Lambiase*
New York State Bar No. 2099489
Planned Parenthood Federation of America
123 William St – 9th Floor
New York, NY 10038
susan.lambiase@ppfa.org
212-261-4750

Carrie Y. Flaxman*
District of Columbia Bar #458681
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, D.C. 20005
carrie.flaxman@ppfa.org
(202) 973-4830

**Attorneys for Plaintiff Planned
Parenthood Southeast, Inc.**

*Admitted Pro Hac Vice

LaTisha Gotell Faulks
ASB-1279I63J
ACLU of Alabama
PO Box 6179
Montgomery, AL 36106
tgfaulks@aclualabama.org
(334) 265-2754

**Attorney for Plaintiffs**

Steve Marshall,
  *Attorney General*

/s Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
A. Reid Harris (ASB-1624-D29X)
  *Assistant Attorney General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov

***Counsel for Defendant Attorney General Steve Marshall***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2022, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all counsel of record.

<div style="margin-left:40%">

s/Alexa Kolbi-Molinas

Alexa Kolbi-Molinas
*Counsel for Plaintiffs Yashica Robinson,*
*M.D., Alabama Women's Center,*
*Reproductive Health Services, Inc., and West*
*Alabama Women's Center*

</div>